```
 1
 2
 3
 4
 5
 6
 7
 8                   IN THE UNITED STATES DISTRICT COURT
 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JOSE PASSALAQUA,
11           Petitioner,              No. CIV S-11-2360 CKD P
12       vs.
13   MIKE MCDONALD,
14           Respondent.              ORDER
15   _____/
```

16    Petitioner, a state prisoner proceeding with counsel, has filed an application for a

17 writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee and has

18 consented to all proceedings in this matter being held before a United States Magistrate Judge.

19 See 28 U.S.C. § 636(c).

20    Petitioner's application for writ of habeas corpus attacks a conviction issued by

21 the Superior Court of Los Angeles County.  While both this court and the United States District

22 Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial

23 Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the

24 resolution of petitioner's application are more readily available in Los Angeles County.  Id. at

25 499 n.15; 28 U.S.C. § 2241(d).

26 /////

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2 matter is transferred to the United States District Court for the Central District of California.
3  Dated: March 21, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
pass2360.108